**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re __Michael G. Daly

Case No. 20-12285
Reporting Period: 11/1/20-11/30/20

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | |
| Copies of bank statements | | Yes | |
| Cash disbursements journals | | N/A | |
| Statement of Operations | | N/A | |
| Balance Sheet | | N/A | |
| Status of Postpetition Taxes | | N/A | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | | N/A | |
| Listing of aged accounts payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | | N/A | |
| Debtor Questionnaire | | Yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_12-8-20_
Date

_____
Signature of Debtor

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re:  Michael G. Daly

Debtor

Case No. 20-12285

Reporting Period:   11/1/20-11/30/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must be attached for each account.  [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 5,375.13 | 0.00 |
| | | |
| **RECEIPTS** | | |
| Wages (Net) | 4,024.00 | 64,325.56 |
| **Interest and Dividend Income** | 0.00 | 0.00 |
| Alimony and Child Support | 0.00 | 0.00 |
| Social Security and Pension Income | 0.00 | 0.00 |
| Sale of Assets | 0.00 | 0.00 |
| Other Income (attach schedule)  Void June Payroll Check | 0.00 | -3,923.00 |
| **Total Receipts** | 4,024.00 | 60,402.56 |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 2,184.79 | 17,674.55 |
| **Other Secured Note Payments** | | |
| Utilities | 298.29 | 5,624.05 |
| Insurance | | |
| Auto Expense | 39.26 | 1,186.98 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | 653.14 |
| Household Expenses | 1,482.73 | 8,741.10 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | 1,600.00 | 15,800.00 |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 330.39 | 4409.64 |
| Gifts | 118.00 | 1,793.60 |
| Other (attach schedule) - *Bank charges and fees* | 5.99 | 169.82 |
| Total Ordinary Disbursements | 6,059.45 | 56,052.88 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | 0.00 | 0 |
| U. S. Trustee Fees | 650.00 | 1,625.00 |
| Other Reorganization Expenses (attach schedule) | 0.00 | 35.00 |
| Total Reorganization Items | 650.00 | 1,660.00 |
| | | |
| **Total Disbursements  (Ordinary + Reorganization)** | 6,709.45 | 57,712.88 |
| | | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 4,585.32 | 2,689.68 |
| | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 2,689.68 | 2,689.68 |

FORM MOR-1(INDV)

(9/99)

In re:  Michael G. Daly                    Case No. 20-12285
      Debtor                    Reporting Period:                11/1/20-11/30/20

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Opening Bank Deposit | | 100.00 |
| Void June Payroll Check | | -4,023.00 |
| | | |
| | | |
| | | |
| TOTAL | | -3,923.00 |
| **Other Taxes** | | |
| | 0.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| New check Charges | | 11.95 |
| Bank Maintenance Fees | 5.99 | 50.87 |
| State of NJ - 2019 Balance Due | | 107.00 |
| | | |
| | | |
| | | |
| TOTAL | | 169.82 |
| **Other Reorganization Expenses** | | |
| Bankruptcy Course | | 35.00 |
| US Trustee Fees | 650.00 | 1,625.00 |
| | | |
| | | |
| TOTAL | | 1,660.00 |

FORM MOR-1 (INDV) (CON'T)
(9/99)

In re: Michael Daly

**Case No. 20-12285**

**Reporting Period:** 11/1/20-11/30/20

## SUPPORT FOR INDIVIDUAL DEBTOR AND CASH DISBURSEMENTS

| Date | Payee | Rent | Alimony | Household | Fees | Auto/Gas | Gifts | Utilities | Medical | T&E | Other | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2/2020 | Wegman's | | | $74.66 | | | | | | | | $74.66 |
| 11/2/2020 | Delicious Orchards | | | $93.67 | | | | | | | | $93.67 |
| 11/2/2020 | Wegman's | | | 40.46 | | | | | | | | $40.46 |
| 11/2/2020 | Nationstar DBA MR Cooper | 2,184.79 | | | | | | | | | | $2,184.79 |
| 11/3/2020 | Delicious Orchards | | | 120.72 | | | | | | | | $120.72 |
| 11/4/2020 | Wegman's | | | 21.47 | | | | | | | | $21.47 |
| 11/4/2020 | Medly Pharmacy | | | | | | | | 54.56 | | | $54.56 |
| 11/5/2020 | Lululemon | | | | | | 118.00 | | | | | $118.00 |
| 11/9/2020 | Jimmy's Italian Restaurant | | | | | | | | | 109.39 | | $109.39 |
| 11/9/2020 | Sheetz | | | | | 39.26 | | | | | | $39.26 |
| 11/12/2020 | Medly Pharmacy RETURN | | | | | | | | -54.56 | | | ($54.56) |
| 11/12/2020 | Wegman's | | | 58.54 | | | | | | | | $58.54 |
| 11/12/2020 | Wegman's | | | 50.09 | | | | | | | | $50.09 |
| 11/12/2020 | Wegman's | | | 53.30 | | | | | | | | $53.30 |
| 11/12/2020 | Verizon | | | | | | | 230.15 | | | | $230.15 |
| 11/16/2020 | Fairmont Parking | | | | | | | | | 50.00 | | $50.00 |
| 11/16/2020 | Delicious Orchards | | | 137.86 | | | | | | | | $137.86 |
| 11/16/2020 | Wegman's | | | 45.11 | | | | | | | | $45.11 |
| 11/17/2020 | Wegman's | | | 40.35 | | | | | | | | $40.35 |
| 11/17/2020 | US Trustee | | | | | | | | | | 650.00 | $650.00 |
| 11/23/2020 | Wegman's | | | 155.00 | | | | | | | | $155.00 |
| 11/23/2020 | Maintenance Fee | | | | 5.99 | | | | | | | $5.99 |
| 11/24/2020 | Delicious Orchards | | | 74.35 | | | | | | | | $74.35 |
| 11/24/2020 | CK 162 Robyn Daly | | 1,600.00 | | | | | | | | | $1,600.00 |
| 11/25/2020 | Costco | | | 236.35 | | | | | | | | $236.35 |
| 11/27/2020 | Wegman's | | | 70.81 | | | | | | | | $70.81 |
| 11/27/2020 | Buy Rite Liquors | | | | | | | | | 57.98 | | $57.98 |
| 11/27/2020 | Angelica's Restaurant | | | | | | | | | 113.02 | | $113.02 |
| 11/30/2020 | Wegman's | | | 69.55 | | | | | | | | $69.55 |
| 11/30/2020 | Delicious Orchards | | | 140.44 | | | | | | | | $140.44 |
| 11/30/2020 | NJNG | | | | | | | 68.14 | | | | $68.14 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| **Totals** | | $2,184.79 | $1,600.00 | $1,482.73 | $5.99 | $39.26 | $118.00 | $298.29 | $0.00 | $330.39 | $650.00 | $6,709.45 |

$6,709.45

FORM MOR1 INDV Disbursments

**In re: Michael Daly**

**Case No. 20-12285**

**Reporting Period:** 11/01/20 - 11/30/20

SUPPORT FOR INDIVIDUAL DEBTOR AND CASH DISBURSEMENTS

| Date | Payee | Rent | Alimony | Household | Fees | Auto/Gas | Gifts | Utilities | Medical | T&E | Other | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2020 | Ck 4773 Leah Rose | | | | | | 500.00 | | | | | $500.00 |
| 11/5/2020 | Lululemon | | | | | | 618.00 | | | | | $618.00 |
| 11/5/2020 | Bath & Body Works | | | | | | 228.87 | | | | | $228.87 |
| 11/6/2020 | Bath & Body Works | | | | | | 202.59 | | | | | $202.59 |
| 11/9/2020 | Lululemon | | | | | | 118.00 | | | | | $118.00 |
| 11/20/2020 | Lululemon | | | | | | 1,246.00 | | | | | $1,246.00 |
| 11/28/2020 | Leah Daly | | | | | | 250.00 | | | | | $250.00 |
| 11/30/2020 | Bath & Body Works | | | | | | 151.14 | | | | | $151.14 |
| 11/30/2020 | Bath & Body Works | | | | | | 268.96 | | | | | $268.96 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | $0.00 |
| **Totals** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,083.56 | $0.00 | $0.00 | $0.00 | $0.00 | $3,583.56 |

$3,085.56

*PAYMENT DUE FROM MICHAEL DALY - DIP TO PARAMOUNT PROPERTY PRESERVATION, INC.*

FORM MOR1 INDV Disbursments

In re: Michael G. Daly

                Debtor

Case No. 20-12285

Reporting Period:      11/1/20-11/30/20

## STATEMENT OF OPERATIONS - Single Asset Real Estate Case
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | Month | Cumulative Filing to Date |
|---|---|---|
| Rental Income | N/A | N/A |
| Additional Rental Income | N/A | N/A |
| Common Area Maintenance Reimbursement | N/A | N/A |
| Total Income (attach Rent Roll) | | |
| **EXPENSES** | | |
| Advertising | N/A | N/A |
| Auto Expense | N/A | N/A |
| Cleaning and Maintenance | N/A | N/A |
| Commissions | N/A | N/A |
| Insider Compensation* | N/A | N/A |
| Insurance | N/A | N/A |
| Management Fees | N/A | N/A |
| Other Interest | N/A | N/A |
| Repairs | N/A | N/A |
| Supplies | N/A | N/A |
| Taxes - Real Estate | N/A | N/A |
| Travel and Entertainment | N/A | N/A |
| Utilities | N/A | N/A |
| Other: (List Below) | N/A | N/A |
| | | |
| | | |
| | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Income (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income: (List Below) | N/A | N/A |
| | N/A | N/A |
| | N/A | N/A |
| | N/A | N/A |
| Interest Expense | N/A | N/A |
| Other Expense: (List Below) | N/A | N/A |
| | N/A | N/A |
| | N/A | N/A |
| | N/A | N/A |
| Net Income (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | N/A | N/A |
| U. S. Trustee Quarterly Fees | N/A | N/A |
| Interest Earned on Accumulated Cash from Chapter 11** | N/A | N/A |
| Gain (Loss) from Sale of Property | N/A | N/A |
| Other Reorganization Expense: (List Below) | N/A | N/A |
| | N/A | N/A |
| | N/A | N/A |
| | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Income (Loss) | | |

   *"Insider" is defined in 11 U.S.C. Section 101(31).

**\*\*Interest Earned on Accumulated Cash from Chapter 11:  Interest earned on cash accumulated during the chapter 11 case,**
   which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (RE)
(9/99)

In re:  Michael G. Daly
        Debtor

Case No. _____ 20-12285

Reporting Period:___ 11/1/20-11/30/20

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | | | Amount |
|---|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | | N/A |
| + Amounts billed during the period | | | N/A |
| - Amounts collected during the period | | | N/A |
| Total Accounts Receivable at the end of the reporting period | | | N/A |
| | | | N/A |
| **Accounts Receivable Aging** | | | **Amount** |
| 0 - 30 days old | | | N/A |
| 31 - 60 days old | | | N/A |
| 61 - 90 days old | | | N/A |
| 91+ days old | | | N/A |
| Total Accounts Receivable | | | N/A |
| Amount considered uncollectible (Bad Debt) | | | N/A |
| Accounts Receivable (Net) | | | N/A |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | X | |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

***#2 - Several disbursements were made from Michael Daly's business account (Paramount Property Preservation, Inc.) - schedule attached(FORM MOR1 INDV Disbursements)***

**MOR5**

**Mike Daly Personal Bankruptcy Account**
**Reconciliation Statement**
**November 30, 2020**

**CLIENT NAME:**     Mike Daly

**BALANCE PER**     TD Bank     **BANK AS AT**   11/30/2020 :                    $2,689.68
                              **ACCOUNT #:** 435-0631359

**ADD DEPOSITS IN TRANSIT:**                                    $          -

                                                    SUBTOTAL     $2,689.68

**LESS OUTSTANDING CHECKS:**
                              check #              $
                    None

                                                              -

**Reconciled Balance**              11/30/20              :              $2,689.68

 **Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

MICHAEL DALY
PERSONAL BANKRUPTCY
CASE 20 12285
4 LAKEVIEW DR
TINTON FALLS NJ  07712

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Oct 24 2020-Nov 23 2020 |
| Cust Ref #: | 4350631359-622-E-*** |
| Primary Account #: | 435-0631359 |

## TD Simple Checking

MICHAEL DALY
PERSONAL BANKRUPTCY
CASE 20 12285

Account # 435-0631359

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,479.13 | Average Collected Balance | 2,153.43 |
| Deposits | 4,024.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 54.56 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,600.00 | Days in Period | 31 |
| Electronic Payments | 4,855.38 | | |
| Service Charges | 5.99 | | |
| Ending Balance | 1,096.32 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30 | DEPOSIT | 4,024.00 |
| | Subtotal: | 4,024.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | DEBIT CARD CREDIT, *****30068148527, AUT 111020 VISA DDA REF SQ  MEDLY PHARMACY        SOMERVILLE   * NJ | 54.56 |
| | Subtotal: | 54.56 |

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 10/28 | 110 | 1,600.00 |
| | Subtotal: | 1,600.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | DEBIT CARD PURCHASE, *****30068148527, AUT 102320 VISA DDA PUR FAIRMONT PARKING GARAGE     NEW YORK    * NY | 50.00 |
| 10/26 | DEBIT CARD PURCHASE, *****30068148527, AUT 102320 VISA DDA PUR SHELL OIL 57545295503     JERSEY CITY  * NJ | 28.09 |
| 10/26 | DEBIT CARD PURCHASE, *****30068148527, AUT 102320 VISA DDA PUR TINTON FALLS BUY RITE      TINTON FALLS * NJ | 39.44 |
| 10/26 | DEBIT CARD PURCHASE, *****30068148527, AUT 102320 VISA DDA PUR WEGMANS  009        OCEAN     * NJ | 51.79 |
| 10/26 | DEBIT CARD PURCHASE, *****30068148527, AUT 102520 VISA DDA PUR WEGMANS  009        OCEAN     * NJ | 77.31 |

 **Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MICHAEL DALY
PERSONAL BANKRUPTCY
CASE 20 12285

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Oct 24 2020-Nov 23 2020 |
| Cust Ref #: | 4350631359-622-E-*** |
| Primary Account #: | 435-0631359 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27 | DEBIT CARD PURCHASE, *****30068148527, AUT 102620 VISA DDA PUR RAY CATENA LEXUS OF MONM   OAKHURST    *NJ | 95.95 |
| 10/27 | DEBIT POS, *****30068148527, AUT 102720 DDA PURCHASE LOVE S 324    MIFFINVILLE  * PA | 21.04 |
| 10/28 | DEBIT CARD PURCHASE, *****30068148527, AUT 102720 VISA DDA PUR WAWA 8046  00080465   EASTON    * PA | 39.50 |
| 10/29 | ACH DEBIT, NJNG ZIP CHECK ****16692179 | 34.42 |
| 10/29 | DEBIT POS, *****30068148527, AUT 102920 DDA PURCHASE SUNOCO 03679966    WAYNE     * PA | 40.46 |
| 10/30 | DEBIT CARD PURCHASE, *****30068148527, AUT 102920 VISA DDA PUR FAIRMONT PARKING GARAGE   NEW YORK   * NY | 50.00 |
| 11/02 | DEBIT CARD PURCHASE, *****30068148527, AUT 103120 VISA DDA PUR WEGMANS  009    OCEAN    * NJ | 74.66 |
| 11/02 | DEBIT POS, *****30068148527, AUT 110120 DDA PURCHASE DELICIOUS ORCHA    COLTS NECK   * NJ | 93.67 |
| 11/02 | DEBIT CARD PURCHASE, *****30068148527, AUT 110120 VISA DDA PUR WEGMANS  009    OCEAN    * NJ | 40.46 |
| 11/02 | ELECTRONIC PMT-TEL, NATIONSTAR DBA MR COOPER ****930199 | 2,184.79 |
| 11/03 | DEBIT POS, *****30068148527, AUT 110320 DDA PURCHASE DELICIOUS ORCHA    COLTS NECK   * NJ | 120.72 |
| 11/04 | DEBIT CARD PURCHASE, *****30068148527, AUT 110320 VISA DDA PUR WEGMANS  009    OCEAN    * NJ | 21.47 |
| 11/05 | DEBIT CARD PURCHASE, *****30068148527, AUT 110420 VISA DDA PUR SQ  MEDLY PHARMACY    GOSQ COM  * NJ | 54.56 |
| 11/05 | DEBIT CARD PURCHASE, *****30068148527, AUT 110420 VISA DDA PUR LULULEMON SHREWSBURY    SHREWSBURY  * NJ | 118.00 |
| 11/09 | DEBIT CARD PURCHASE, *****30068148527, AUT 110720 VISA DDA PUR JIMMY S ITALIAN RESTAURA    ASBURY PARK  * NJ | 109.39 |
| 11/09 | DEBIT POS, *****30068148527, AUT 110920 DDA PURCHASE SHEETZ 0100    ALTOONA    * PA | 39.26 |
| 11/12 | DEBIT CARD PURCHASE, *****30068148527, AUT 111020 VISA DDA PUR WEGMANS  009    OCEAN    * NJ | 58.54 |
| 11/12 | DEBIT CARD PURCHASE, *****30068148527, AUT 111120 VISA DDA PUR WEGMANS  009    OCEAN    * NJ | 50.09 |
| 11/12 | DEBIT CARD PURCHASE, *****30068148527, AUT 111120 VISA DDA PUR WEGMANS  009    OCEAN    * NJ | 53.30 |
| 11/12 | ELECTRONIC PMT-WEB, VERIZON PAYMENTREC ****976790001 | 230.15 |
| 11/16 | DEBIT CARD PURCHASE, *****30068148527, AUT 111320 VISA DDA PUR FAIRMONT PARKING GARAGE   NEW YORK   * NY | 50.00 |
| 11/16 | DEBIT POS, *****30068148527, AUT 111420 DDA PURCHASE DELICIOUS ORCHA    COLTS NECK   * NJ | 137.86 |
| 11/16 | DEBIT CARD PURCHASE, *****30068148527, AUT 111520 VISA DDA PUR WEGMANS  009    OCEAN    * NJ | 45.11 |

# TD Bank
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MICHAEL DALY
PERSONAL BANKRUPTCY
CASE 20 12285

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Oct 24 2020-Nov 23 2020 |
| Cust Ref #: | 4350631359-622-E-*** |
| Primary Account #: | 435-0631359 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/17 | DEBIT CARD PURCHASE, *****30068148527, AUT 111620 VISA DDA PUR WEGMANS  009          OCEAN       * NJ | 40.35 |
| 11/17 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6O4O664RN71 | 650.00 |
| 11/23 | DEBIT CARD PURCHASE, *****30068148527, AUT 112120 VISA DDA PUR WEGMANS  009          OCEAN       * NJ | 155.00 |
| | Subtotal: | 4,855.38 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23 | MAINTENANCE FEE | 5.99 |
| | Subtotal: | 5.99 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/23 | 3,479.13 | 11/04 | 2,839.36 |
| 10/26 | 3,232.50 | 11/05 | 2,666.80 |
| 10/27 | 3,115.51 | 11/09 | 2,518.15 |
| 10/28 | 1,476.01 | 11/12 | 2,180.63 |
| 10/29 | 1,401.13 | 11/16 | 1,947.66 |
| 10/30 | 5,375.13 | 11/17 | 1,257.31 |
| 11/02 | 2,981.55 | 11/23 | 1,096.32 |
| 11/03 | 2,860.83 | | |



**Bank**

America's Most Convenient Bank®

MICHAEL DALY
PERSONAL BANKRUPTCY
CASE 20 12285

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Oct 24 2020-Nov 23 2020 |
| Cust Ref #: | 4350631359-622-E-*** |
| Primary Account #: | 435-0631359 |

#110          10/28          $1,600.00



**Bank**

**America's Most Convenient Bank®**

| Date | Type | Description | Debit/Credit | Balance |
|---|---|---|---|---|
| **PENDING TRANSACTIONS** | | | | |
| 12/3/2020 | POS | ATM DEBIT<br>FAIRMONT PARKING GAR | -$50.00 | Pending |
| **ACCOUNT HISTORY** | | | | |
| 12/2/2020 | POS | DDA PURCHASE *8527<br>54735201 RITE AID 01796 TINTON FALLS * NJ | -$25.04 | $2,497.45 |
| 12/1/2020 | DEBIT CARD | VISA DDA PUR<br>413746 WEGMANS 009 OCEAN * NJ | -$167.19 | $2,522.49 |
| 11/30/2020 | CHECK | POD CHECK  162 | -$1,600.00 | $2,689.68 |
| 11/30/2020 | DIRECTDEBIT | NJNG ZIP CHECK | -$68.14 | $4,289.68 |
| 11/30/2020 | POS | DDA PURCHASE *8527<br>14160701 DELICIOUS ORCHA COLTS NECK *<br>NJ | -$140.44 | $4,357.82 |
| 11/30/2020 | DEBIT CARD | VISA DDA PUR<br>413746 WEGMANS 009 OCEAN * NJ | -$69.55 | $4,498.26 |
| 11/27/2020 | DEBIT CARD | VISA DDA PUR<br>413746 TST ANJELICA S RESTAURA SEA<br>BRIGHT * NJ | -$113.02 | $4,567.81 |
| 11/27/2020 | DEBIT CARD | VISA DDA PUR<br>476062 TINTON FALLS BUY RITE TINTON<br>FALLS * NJ | -$57.98 | $4,680.83 |
| 11/27/2020 | DEBIT CARD | VISA DDA PUR<br>413746 WEGMANS 009 OCEAN * NJ | -$70.81 | $4,738.81 |
| 11/25/2020 | POS | DDA PURCHASE *8527<br>314017 COSTCO WHSE 0329 OCEAN * NJ | -$236.35 | $4,809.62 |
| 11/24/2020 | POS | DDA PURCHASE *8527<br>14160701 DELICIOUS ORCHA COLTS NECK *<br>NJ | -$74.35 | $5,045.97 |
| 11/24/2020 | DEP | DEPOSIT | $4,024.00 | $5,120.32 |

*balance from stmt:*  $1,096.32 ✓



**America's Most Convenient Bank®**

**Front of check**

MICHAEL DALY    02-20    162
4 LAKEVIEW DR
TINTON FALLS, NJ 07712    55-134 312
006

11-24-20    Date

Pay to the Order of    Robin Oh    $ 1600 oo

One Hund Six Hundred Dollars

**TD Bank**
America's Most Convenient Bank®

For

⑈031201360⑈ 4350631359⑈    0162

**Back of check**

0133093269 TD Mobile Deposit
11/28/2020 7:45:52 AM
0036910007

© 2020 TD Bank, N.A. All Rights Reserved