| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004**<br><br>**MCDONNELL CROWLEY, LLC**<br>115 Maple Avenue<br>Red Bank, NJ 07701<br>(732) 383-7233<br>John M. McDonnell<br>jmcdonnell@mchfirm.com<br>Brian T. Crowley<br>bcrowley@mchfirm.com<br>*Proposed Counsel to Barry W. Frost,*<br>*Chapter 7 Trustee* |

| In re: | Case No. 20-12285 (KCF) |
|---|---|
| MICHAEL G. DALY, | Honorable Kathryn C. Ferguson |
| Debtor. | Chapter 7 |

| | | |
|---|---|---|
| Recommended Local Form: | ☒ Followed | ☐ Modified |

## APPLICATION FOR RETENTION OF COUNSEL
## AND CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

1. The applicant, Barry W. Frost, is the:

   ☒ Trustee:     ☒ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

   ☐ Debtor:      ☐ Chap. 11    ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional, McDonnell Crowley, LLC ("MC"), to serve as:

   ☒  Attorney for:   ☒ Trustee   ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐Accountant for:　　☐Trustee　　☐Debtor-in-possession

☐Official Committee of _____

☐ Other Professional:

☐Realtor　　☐Appraiser　☐ Special Counsel

☐Auctioneer ☐Other (specify): _____

3. The employment of the professional is necessary because the Trustee requires legal counsel to perform the required legal services during the pendency of the case.

4. The professional has been selected because of its considerable experience in the field of bankruptcy, debtor-creditor rights, and asset liquidation. The Trustee believes that MC is well qualified to represent him as counsel in this Chapter 7.

5. The professional services to be rendered are as follows:
   a. advising the Trustee with respect to his powers and duties;
   b. assisting in the identifying, marshalling and liquidating of the assets of the Debtor;
   c. prosecuting any claims which may arise in connection with this Chapter 7 proceeding; and
   d. performing such other legal services for the Trustee as may be necessary and appropriate herein.

6. The proposed arrangement for compensation is as follows:

   Compensation on an hourly basis as approved by the Court upon the filing of fee applications and as more fully set forth in the Certification of Professional in Support of Application for Retention of Professional filed simultaneously herewith.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and

accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

☐None

☒Describe connection:

John M. McDonnell, Esq., a Chapter 7 Panel Trustee, is a partner in McDonnell Crowley.

8. To the best of the applicant's knowledge, the professional (check all that apply):

☒does not hold an adverse interest to the estate.

☒does not represent an adverse interest to the estate.

☒is a disinterested person under 11 U.S.C. § 101(14).

☒does not represent or hold any interest adverse to the debtors or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐Other; explain:

_____
_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

_____
_____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Dated: March 18, 2021

*/s/ Barry W. Frost*
Signature of Applicant

Barry W. Frost, Chapter 7 Trustee
Name of Applicant

- and -

**McDonnell Crowley, LLC**
*Proposed Counsel to Chapter 7 Trustee*

By: */s/ Brian T. Crowley*
Brian T. Crowley

## CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

      I have complied with D.N.J. LBR 2014-1(a) by mailing a copy of this application to all the following who did not receive electronic notice from the Court: the United States Trustee, the Debtors and/or Debtors' attorney, the Trustee (as applicable), the secured creditors, the Official Committees (as applicable), and others requesting notice, all of whose addresses are shown on the attached service list, by regular mail, postage prepaid, within one (1) day after filing with the Court.

Dated: March 18, 2021          Signed   */s/ Brian T. Crowley*
                                                   Brian T. Crowley