UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004**

**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
John M. McDonnell
jmcdonnell@mchfirm.com
Brian T. Crowley
bcrowley@mchfirm.com
*Proposed Counsel to Barry W. Frost,
Chapter 7 Trustee*

In re:

MICHAEL G. DALY,

        Debtor.

Case No. 20-12285 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

Recommended Local Form:     ☒ Followed     ☐ Modified

**CERTIFICATION OF PROFESSIONAL IN SUPPORT
OF APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Brian T. Crowley, being of full age, certify as follows:

1.     I am seeking authorization to be retained as Counsel to the Chapter 7 Trustee.

2.     My professional credentials include:

   I am an attorney-at-law duly admitted to practice before this Court and a member of the firm of McDonnell Crowley, LLC ("MC").  My firm and I possess the requisite expertise in the handling of bankruptcy and reorganization proceedings, as well as general corporate, litigation and other related matters.

1

3. I am a member of the firm of MC, having offices at 115 Maple Avenue, Red Bank, New Jersey 07701.

4. The proposed arrangement for compensation, including range of hourly rates, if applicable, is as follows:

|  |  |
|---|---|
| Partners | $295-$500 |
| Associates | $210-$325 |
| Paralegals | $115-$210 |

MC reserves the right to adjust its hourly rates in the ordinary course of its business and to seek reimbursement for expenses and disbursements.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

☒ None

☐ Describe connection:

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

☐ None

☒ Describe connection:

John M. McDonnell, Esq., a Chapter 7 Panel Trustee, is a partner in MC. In addition, due to the diversity of its practice, MC works with, solicits, and/or represents chapter 7 and chapter 11 trustees, including the chapter 7 trustee in this case, professionals, receivers, debtors, accountants, creditors, and liquidating Trustee's throughout N.J. and/or N.Y. areas in matters unrelated to these

proceedings.

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____

_____

_____

8. If the professional is an auctioneer,

   a. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

   ☐ Yes     ☐ No

   b. My qualifications and previous experience as an auctioneer include:

   _____

   _____

   _____

   c. Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations?  ☐ Yes     ☐ No

   If yes, explain:_____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 18, 2021                                       */s/ Brian T. Crowley*
                                                                            Signature of Professional

                                                                            Brian T. Crowley
                                                                            Name of Professional