# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MCDONNELL CROWLEY, LLC
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
John M. McDonnell
jmcdonnell@mchfirm.com
Brian T. Crowley
bcrowley@mchfirm.com
Proposed Counsel to Barry W. Frost,
Chapter 7 Trustee

Order Filed on March 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL G. DALY,

Debtor.

Case No.:    20-12285 (KCF)

Chapter:    7

Judge:    Kathryn C. Ferguson

## ORDER AUTHORIZING RETENTION OF

McDONNELL CROWLEY, LLC

The relief set forth on the following page is **ORDERED**.

DATED: March 26, 2021

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____McDonnell Crowley, LLC_____

as _____Attorney to Chapter 7 Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   115 Maple Avenue
   
   Red Bank, New Jersey, 07701

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>MCDONNELL CROWLEY, LLC<br>115 Maple Avenue<br>Red Bank, NJ 07701<br>(732) 383-7233<br>John M. McDonnell<br>jmcdonnell@mchfirm.com<br>Brian T. Crowley<br>bcrowley@mchfirm.com<br>Proposed Counsel to John M. McDonnell,<br>Chapter 7 Trustee | Order Filed on August 22, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MICHAEL G. DALY,<br><br>               Debtor. | Case No.: 20-12285 (KCF)<br>Chapter: 7<br>Judge: Kathryn C. Ferguson |

## MODIFIED ORDER AUTHORIZING RETENTION

### OF

### McDONNELL CROWLEY, LLC

The relief set forth on the following page is **ORDERED**.

DATED: August 22, 2022

                                                                   Honorable Kathryn C. Ferguson
                                                                   United States Bankruptcy Judge

Upon the applicant's request for authorization to retain    McDonnell Crowley, LLC
as    Attorney to Chapter 7 Trustee    , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:    115 Maple Avenue
   Red Bank, New Jersey, 07701

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is deemed effective *nunc pro tunc* to the original retention date of March 18, 2021.

*rev.8/1/15*

2