# Exhibit "B"

### *McDonnell Crowley, LLC*

115 Maple Avenue
Red Bank, NJ 07701 USA

Ph:732-383-7233                Fax:732-383-7531

Michael  Daly                                                                July 6, 2023
NJ
USA

|                    | File #: | Daly   |
|--------------------|---------|--------|
| **Attention:**     | Inv  #: | Sample |

**RE:**   Attorney for Debtor

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar-18-21 | Communication with - Communication with J. McDonnel on initial case legal strategy, including potential sale of estate's legal interest in real property and potential legal interest in personal property and possible objection to exemptions to the same, including turnover of Debtor's books and records. | 0.40 | 170.00 | BC |
| | Communication with - Communication with paralegal re revising and filing of retention applications. | 0.20 | 85.00 | BC |
| | Correspondence reviewed - Review Correspondence from proposed realtor re retention issues. | 0.10 | 42.50 | BC |
| | Preparation of Pleadings - Address issues re retention application of McDonnell Crowley. | 0.40 | 170.00 | BC |
| | Preparation of Pleadings - Review Pleadings, Debtor's Petition and Schedules, and took notes on legal issues in case and prepare initial legal strategy on same. | 0.80 | 340.00 | BC |

| | | | | |
|---|---|---|---|---|
| | Preparation of Pleadings - Revise MC Retention Application and file same with Court; and serve all parties. | 0.70 | 136.50 | PARA |
| | Preparation of Pleadings - Realtor Certification and send same to realtor for signature. | 0.20 | 39.00 | PARA |
| Mar-19-21 | Correspondence Drafted - Follow-up Correspondence with proposed accountant, J. McDonnell re retention issues. | 0.10 | 42.50 | BC |
| | Correspondence reviewed - Review Correspondence (with attachments) from Trustee, proposed realtor, proposed accountants, and J. McDonnell re retention issues and listing agreement for Tinton Falls Property. | 0.20 | 85.00 | BC |
| Mar-21-21 | Preparation of Pleadings - Revise Accountant Certification to Conform to our form for filing and send same to accountant for approval; and prepare Accountant. | 0.90 | 175.50 | PARA |
| | Preparation of Pleadings - revise Realtor Retention Application for filing with Court; send same to BC for review before filing. | 0.30 | 58.50 | PARA |
| Mar-22-21 | Preparation of Pleadings - File Accountant's Retention Application with Court and serve all parties. | 0.60 | 117.00 | PARA |
| Mar-23-21 | Correspondence reviewed - Review Correspondence from Debtor's counsel re response to request for documents and information. | 0.10 | 42.50 | BC |
| | Preparation of Pleadings - Address issues re retention of RK Consultants LLC. | 0.30 | 127.50 | BC |
| Mar-24-21 | Correspondence reviewed - Review Correspondence (with attachments) from Debtor's counsel re response to Trustee's legal demand for turnover of documents. | 0.20 | 85.00 | BC |
| Mar-29-21 | Correspondence Drafted - Correspondence with A. Kelly re proposed legal settlement of | 0.40 | 170.00 | BC |

| | | | | |
|---|---|---|---|---|
| | estate's legal interest in Tinton Falls Property; review various documents in preparation for drafting of correspondence. | | | |
| | Communication with - Communication re strategy of potential settlement of estate's legal interest in Tinton Falls Property. | 0.20 | 85.00 | BC |
| Mar-30-21 | Correspondence reviewed - Review Correspondence (with attachments) from Trustee, proposed realtor, proposed accountants, and J. McDonnell re retention issues and listing agreement for Tinton Falls Property. | 0.10 | 42.50 | BC |
| | Review of File - Review for issues re order granting the retention of professionals. | 0.10 | 42.50 | BC |
| Apr-08-21 | Correspondence Drafted - Correspondence with Debtor's counsel on a settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marking and sale of the property. | 0.10 | 42.50 | BC |
| Apr-09-21 | Telephone call - Telephone conference call with Debtor's counsel on a settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marking and sale of the property. | 0.10 | 42.50 | BC |
| Apr-14-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel on a settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marking and sale of the property. | 0.10 | 42.50 | BC |
| Apr-19-21 | Communication with - Follow-up communication with J. McDonnell re review of case notes and open legal issues re  potential sale of estate's legal interest in Tinton Falls Property, and plan legal strategy for resolution of the same and address legal related issues. | 0.20 | 85.00 | BC |

| Apr-20-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel, the Trustee, and J. McDonnell re potential settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marketing and sale of the property. | 0.10 | 42.50 | BC |
|---|---|---|---|---|
| Apr-21-21 | Telephone call - Telephone conference calls with Debtor's counsel  re potential settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marketing and sale of the property. | 0.20 | 85.00 | BC |
| Apr-22-21 | Correspondence reviewed - Review Correspondence from Debtor's counsel re potential settlement as to the disposition of the estate's legal interest in the Tinton Falls Property. | 0.10 | 42.50 | BC |
| May-05-21 | Correspondence Drafted - Follow-up Correspondence with  the Trustee and J. McDonnell re potential settlement as to the disposition of the estate's legal interest in the Tinton Falls Property and other open issues. | 0.10 | 42.50 | BC |
| May-06-21 | Review of File - Update case file materials and address related matters. | 0.50 | 97.50 | PARA |
| May-11-21 | Telephone call - Telephone conference call with Debtor's counsel  re potential settlement as to the disposition of the estate's legal interest in the Tinton Falls Property and consent order to extend time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |
| May-17-21 | Review of File - Review and revise case notes, review outstanding legal issues, including re global settlement re disposition of the estate's legal interest in the Tinton Falls Property and potential legal claims, and plan legal strategy for resolution of the same and address related | 0.20 | 45.00 | BC |

legal issues.

| May-18-21 | Correspondence Drafted - Correspondence with Debtor's counsel re proposed consent order of extension to objection deadline to Debtor's discharge. | 0.10 | 42.50 | BC |
| May-20-21 | Preparation of Pleadings - Begin draft of motion to extend time to object to the Debtor's discharge. | 0.70 | 297.50 | BC |
| May-21-21 | Preparation of Pleadings - Finalize and revise motion to extend time to object to the Debtor's discharge. | 0.80 | 340.00 | BC |
| | Preparation of Pleadings - Prep NOM for C.O. to Extend Time for filing with Court; prepare Certificate of Service and file same with Court and serve all parties | 0.60 | 117.00 | PARA |
| May-26-21 | Preparation of Pleadings - Begin draft of sale agreement of the  estate's legal interest in equitable interest in the Tinton Falls Property and address issues related to the same. | 0.80 | 340.00 | BC |
| May-27-21 | Preparation of Pleadings - Review and revise sale agreement of the  estate's legal interest in equitable interest in the Tinton Falls Property and address issues related to the same. | 0.90 | 382.50 | BC |
| May-28-21 | Preparation of Pleadings - Further review and revise sale agreement of the estate's legal interest in equitable interest in the Tinton Falls Property and address issues related to the same. | 1.40 | 595.00 | BC |
| Jun-02-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel re potential settlement as to the distribution of the estate's legal interest in the Tinton Falls Property or to compel the marking and sale of the property. | 0.10 | 42.50 | BC |

| Jun-18-21 | Correspondence Drafted - Correspondence (with attachments) with Debtor's counsel on potential sale of estate's interest in Tinton Falls Property. | 0.20 | 85.00 | BC |
| Jun-21-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marking and sale of the property. | 0.10 | 42.50 | BC |
| Jun-24-21 | Correspondence reviewed - Review Correspondence (with attachments) from Debtor's counsel potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property. | 0.20 | 85.00 | BC |
| Jul-02-21 | Correspondence Drafted - Follow-up Correspondence Debtor's counsel on consent order to extend time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |
|  | Correspondence reviewed - Review Correspondence from Debtor's counsel on consent order to extend time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |
|  | Preparation of Pleadings - Begin draft of second motion to extend time to object to the Debtor's discharge and proposed consent order related to the same. | 0.30 | 127.50 | BC |
| Jul-03-21 | Preparation of Pleadings - Review and revise draft of second motion to extend time to object to the Debtor's discharge and proposed consent order related to the same. | 0.20 | 85.00 | BC |
| Jul-06-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marking and sale of | 0.10 | 42.50 | BC |

the property.

| Jul-07-21 | Communication with - Communication with paralegal re revising and serving of motion to extend. | 0.20 | 85.00 | BC |
| | Preparation of Pleadings - Finalize and revise second motion to extend time to object to the Debtor's discharge. | 0.80 | 340.00 | BC |
| Jul-08-21 | Communication with - Follow-up communication with paralegal re revising and filing of motion to extend time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |
| | Preparation of Pleadings - Prep the 2nd NOM to Extend Time for filing with Court; file same with Court and serve all parties. | 0.60 | 117.00 | PARA |
| Jul-19-21 | Review of File - Review and revise case notes, review outstanding legal issues, including potential settlement/sale of the estate's legal interest in the Tinton Falls Property with the Debtor, and plan legal strategy for resolution of the same and address related legal issues. | 0.30 | 127.50 | BC |
| Jul-20-21 | Communication with - Follow-up communication with J. McDonnell re periodic review of case notes and open legal issues re potential  settlement/sale of the estate's legal interest in the Tinton Falls Property with the Debtor, and plan legal strategy for resolution of the same and address related legal issues. | 0.20 | 85.00 | BC |
| Aug-04-21 | Legal Research - Legal research on Section 724 of the Bankruptcy Code and the ability to sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property. | 0.90 | 382.50 | BC |
| Aug-09-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel potential sale/settlement as to the disposition of the estate's legal interest in the Tinton | 0.10 | 42.50 | BC |

Falls Property.

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Aug-10-21 | Preparation of Pleadings - Review and revise section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to Legal research on Section 724 of the Bankruptcy Code; review various documents and pleadings in revision of same. | 1.70 | 722.50 | BC |
| Aug-11-21 | Preparation of Pleadings - Further review and revise section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to Legal research on Section 724 of the Bankruptcy Code; review various documents and pleadings in revision of same. | 0.80 | 340.00 | BC |
| | Telephone call - Telephone conference call with Debtor's counsel potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marking and sale of the property. | 0.20 | 85.00 | BC |
| Aug-13-21 | Preparation of Pleadings - Revise sale agreement and section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to Legal research on Section 724 of the Bankruptcy Code; review various documents and pleadings in revision of same. | 0.90 | 382.50 | BC |
| Aug-18-21 | Preparation of Pleadings - Revise sale agreement and section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to Legal research on Section 724 of the Bankruptcy Code. | 0.60 | 255.00 | BC |
| | Review of File - Review for legal issues re Second Consent Order on Motion to Extend Time to object to the Debtor's discharge and address issues related to the same. | 0.10 | 42.50 | BC |

| Date | Description | | | |
|---|---|---|---|---|
| Aug-19-21 | Preparation of Pleadings - Review and revise  sale agreement and section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to legal research on Section 724 of the Bankruptcy Code; review various documents and pleadings in revision of same. | 0.70 | 297.50 | BC |
| Aug-20-21 | Preparation of Pleadings - Further review and revise  sale agreement and section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to legal research on Section 724 of the Bankruptcy Code; review various documents and pleadings in revision of same. | 0.90 | 382.50 | BC |
| Aug-22-21 | Correspondence Drafted - Correspondence (with attachments) with Debtor's counsel, the Trustee, and J. McDonnell re request to revised draft of sale agreement and pleased pleadings and request enter into consent order to extend time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |
| | Preparation of Pleadings - Finalize and revise  sale agreement and section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to Legal research on Section 724 of the Bankruptcy Code; review various documents and pleadings in revision of same. | 0.60 | 255.00 | BC |
| | Preparation of Pleadings - Draft proposed Consent Order to Extend Time To Object to Discharge. | 0.20 | 85.00 | BC |
| Aug-23-21 | Correspondence Drafted - Correspondence with Debtor's counsel re request to enter into consent order to extend time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Preparation of Pleadings - Begin draft of Motion to Extend Time To Object to Discharge and related documents. | 0.80 | 340.00 | BC |
| Aug-24-21 | Communication with - Communication with paralegal re revising and filing of Motion to Extend Time To Object to Discharge. | 0.20 | 85.00 | BC |
|  | Preparation of Pleadings - Finalize and revise Motion to Extend Time To Object to Discharge. | 0.40 | 170.00 | BC |
|  | Preparation of Pleadings - Prep 3rd NOM to Extend Time for filing with Court; file same with Court and serve all parties. | 0.60 | 117.00 | PARA |
| Sep-08-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marketing and sale of the property. | 0.10 | 42.50 | BC |
|  | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marketing and sale of the property. | 0.10 | 42.50 | BC |
| Sep-16-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property or to compel the marketing and sale of the property. | 0.10 | 42.50 | BC |
|  | Preparation of Pleadings - Initial review of various changes by Debtor's counsel to sale agreement and section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to legal research on Section 724 of the Bankruptcy Code; review various | 0.80 | 340.00 | BC |

documents and pleadings in revision of same.

| | | | | |
|---|---|---|---|---|
| Sep-17-21 | Review of File - Review and revise case notes to be included with memorandum to the Trustee, review outstanding legal  issues, including Tinton Falls Property, and plan strategy for resolution of the same and address related legal issues; review documents and pleadings in drafting of same. | 0.90 | 382.50 | BC |
| | Review of File - Print, collate, and redact documents for attorney review for drafting of memo and update case file materials and address related matters. | 0.30 | 58.50 | PARA |
| Sep-28-21 | Correspondence Drafted - Correspondence with Debtor's counsel re draft of proposed consent order and related issues. | 0.10 | 42.50 | BC |
| | Preparation of Pleadings - Draft and revise proposed consent order with Debtor re extension on deadline to object to discharge. | 0.20 | 85.00 | BC |
| Sep-29-21 | Communication with - Communication with paralegal re revising and filing of motion to extend. | 0.20 | 85.00 | BC |
| | Preparation of Pleadings - Begin draft of counter changes to proposed sale agreement and section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to Legal research on Section 724 of the Bankruptcy Code; review various documents and pleadings in revision of same. | 1.40 | 595.00 | BC |
| | Preparation of Pleadings - Finalize and revise motion to extend time to object to the Debtor's discharge. | 0.60 | 255.00 | BC |
| | Preparation of Pleadings - Prep 4th NOM to Extend Time for filing with Court; file same with Court and serve all parties. | 0.50 | 97.50 | PARA |

| | | | | |
|---|---|---|---|---|
| Sep-30-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property. | 0.10 | 42.50 | BC |
| | Preparation of Pleadings - Finalize and revise counter changes to proposed sale agreement and section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to Legal research on Section 724 of the Bankruptcy Code; review various documents and pleadings in revision of same. | 0.90 | 382.50 | BC |
| Oct-12-21 | Correspondence Drafted - Follow-up Correspondence (with attachments) with Debtor's counsel potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property. | 0.10 | 42.50 | BC |
| Oct-14-21 | Correspondence reviewed - Review Correspondence (with attachments) from  Debtor's counsel re potential changes to potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property. | 0.10 | 42.50 | BC |
| | Telephone call - Follow-up Telephone conference call  with Debtor's counsel re potential changes to potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property. | 0.20 | 85.00 | BC |
| Oct-15-21 | Correspondence reviewed - Review Correspondence (with attachments) from Debtor's counsel re potential changes to potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property. | 0.10 | 42.50 | BC |
| Nov-02-21 | Communication with - Communication with paralegal re revising and filing of motion to extend time to object to the Debtor's | 0.20 | 85.00 | BC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | discharge. |  |  |  |
|  | Correspondence reviewed - Review Correspondence (with attachments) from Debtor's counsel re further potential changes to potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property; and consent to motion to extend time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |
|  | Correspondence reviewed - Review Correspondence from Debtor's counsel re potential changes to proposed sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property. | 0.10 | 42.50 | BC |
|  | Preparation of Pleadings - Finalize and revise motion to approve a consent order to extend time to object to the Debtor's discharge. | 0.80 | 340.00 | BC |
| Nov-03-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel re potential changes to proposed sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property. | 0.10 | 42.50 | BC |
| Dec-07-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel and J. McDonnell re potential changes to potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property and consent order on motion to extend time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |
| Dec-09-21 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel re consent order re extending the time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |
|  | Correspondence reviewed - Review Correspondence from Debtor's counsel re consent order re extending the time to | 0.10 | 42.50 | BC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | object to the Debtor's discharge. |  |  |  |
|  | Preparation of Pleadings - Begin draft of motion to extend time to objection to the Debtor's discharge and proposed consent order. | 0.40 | 170.00 | BC |
| Dec-10-21 | Communication with - Communication with paralegal re revising and filing of motion to extend. | 0.20 | 85.00 | BC |
|  | Preparation of Pleadings - Finalize and revise motion to extend time to objection to the Debtor's discharge. | 0.70 | 297.50 | BC |
|  | Preparation of Pleadings - Prep NOM to Extend Time for filing with Court; file same and serve all parties. | 0.50 | 97.50 | PARA |
| Jan-03-22 | Correspondence Drafted - Follow-up Correspondence  (with attachments) from Debtor's counsel and the Trustee re further potential changes to potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property; and proposed consent to motion to extend time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |
|  | Preparation of Pleadings - In response to changes by Debtor's counsel - further revise sale agreement and section 363 motion and related pleading, sell the estate's legal interest in the future sale proceeds from the Tinton Falls Property, pursuant to Legal research on Section 724 of the Bankruptcy Code; review various documents and pleadings in revision of same. | 0.90 | 382.50 | BC |
|  | Preparation of Pleadings - Begin draft of motion to approve a consent order to extend time to object to the Debtor's discharge. | 0.30 | 127.50 | BC |
|  | Review of File - Update case | 0.50 | 97.50 | PARA |

Invoice #:      Sample      Page   15          July 6, 2023
Case 20-12285-KCF    Doc 118-3    Filed 07/10/23    Entered 07/10/23 17:17:37    Desc
Exhibit B - Itemized Services    Page 16 of 23

file materials and address related matters.

| | | | | |
|---|---|---|---|---|
| Jan-11-22 | Review of File - Review for issues re order extending time to object to the Debtor's discharge and address issues related to the same. | 0.10 | 42.50 | BC |
| Feb-04-22 | Correspondence Drafted - Correspondence with Debtor's counsel re consent order re motion to extend and related issues. | 0.10 | 42.50 | BC |
| Feb-08-22 | Correspondence Drafted - Correspondence with Debtor's counsel re consent order re motion to extend and related issues. | 0.10 | 42.50 | BC |
| Feb-09-22 | Correspondence reviewed - Review Correspondence from Debtor's counsel re consent order re motion to extend. | 0.10 | 42.50 | BC |
| | Preparation of Pleadings - Review and revise motion to extend time to objection to the Debtor's discharge. | 0.30 | 127.50 | BC |
| Feb-10-22 | Communication with - Communication with paralegal re revising and filing of motion to extend. | 0.20 | 85.00 | BC |
| | Preparation of Pleadings - Finalize and revise motion to extend time to objection to the Debtor's discharge. | 0.40 | 170.00 | BC |
| | Preparation of Pleadings - Prep NOM to Extend Time for filing with Court; file same and serve all parties. | 0.60 | 117.00 | PARA |
| Mar-15-22 | Correspondence reviewed - Review Correspondence from Debtor's counsel re sale of the estate's interest in Tinton Falls Property. | 0.10 | 42.50 | BC |
| | Telephone call - Telephone conference call with Debtor's counsel re sale of the estate's | 0.20 | 85.00 | BC |

interest in Tinton Falls Property.

| Date | Description | | | |
|---|---|---|---|---|
| Mar-16-22 | Preparation of Pleadings - Review Correspondence (with attachment) from relator and paralegal re retention issues. | 0.10 | 42.50 | BC |
| Mar-17-22 | Communication with - Communication with paralegal re retention of professional. | 0.10 | 42.50 | BC |
| | Preparation of Pleadings - Address issues re retention of realtor. | 0.30 | 127.50 | BC |
| Mar-23-22 | Correspondence reviewed - Review Correspondence (with attachment) from non-debtor co-owner re sale of the estate's legal interest in the Tinton Falls Property. | 0.10 | 42.50 | BC |
| | Correspondence reviewed - Review Correspondence from the estate's realtor re issues related to the marketing and sale of the estate's legal interest in the  Tinton Falls Property. | 0.10 | 42.50 | BC |
| Mar-28-22 | Review of File - Review order granting retention of professionals and address issues related to the same. | 0.10 | 42.50 | BC |
| Jun-07-22 | Review of File - Review and revise case notes, review outstanding issues, including  potential; state of sale of estate's equitable interest in Tinton Falls Property held with non-debtor co-owner and former spouse of the Debtor, and plan strategy for resolution of the same and address related issues and prepared to draft complaints and/or demand letters. | 0.20 | 85.00 | BC |
| Jun-08-22 | Correspondence Drafted - Correspondence (with attachments) with J. McDonnell  re open legal issues in case and including, potential sale of estate's equitable interest in Tinton Falls Property held with non-debtor co-owner and former spouse of the Debtor. | 0.20 | 85.00 | BC |

| Jun-16-22 | Preparation of Pleadings - Send Cert of Professional to Realtor for review and signature. | 0.10 | 19.50 | PARA |
| Jun-27-22 | Telephone call - Telephone conference call with Debtor's counsel re sale of the estate's legal interest in the Tinton Falls Property. | 0.20 | 85.00 | BC |
| Jul-23-22 | Preparation of Pleadings - Send BC proposed Order of Retention and Revise MC Retention Application to name JM as Trustee. | 0.20 | 39.00 | PARA |
| Jul-29-22 | Communication with - Communication with paralegal re revising and filing supplemental retention application for successor trustee. | 0.20 | 85.00 | BC |
| | Preparation of Pleadings - Review and revise McDonnell Crowley retention application and letter brief in support of same re nunc pro tunc supplemental retention to the original retention date to represent successor trustee; review documents and pleadings in support of drafting of same. | 0.90 | 382.50 | BC |
| Jul-31-22 | Communication with - Follow-up communication with paralegal re revising and filing re-retention application. | 0.10 | 42.50 | BC |
| | Preparation of Pleadings - Prep Supplemental MC Retention Application and Additional Support for filing with Court; file same and serve all parties. | 0.70 | 136.50 | PARA |
| Aug-22-22 | Review of File - Review for issues re supplemental order granting retention of professionals. | 0.10 | 42.50 | BC |
| Oct-25-22 | Correspondence Drafted - Correspondence (with attachment)  with V. Hamilton re potential global settlement to allow for sale of Tinton Falls Property. | 0.20 | 85.00 | BC |
| Oct-27-22 | Telephone call - Telephone conference call with V. Hamilton re potential global | 0.20 | 85.00 | BC |

settlement to allow for sale of Tinton Falls Property.

| Oct-31-22 | Preparation of Pleadings - Begin draft of proposed Stipulation and Consent Order re potential global settlement with the IRS and the State of New Jersey to allow for sale of Tinton Falls Property. | 1.80 | 765.00 | BC |
| Nov-02-22 | Correspondence reviewed - Review Correspondence from C. Beekman re sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property. | 0.10 | 42.50 | BC |
| Nov-23-22 | Preparation of Pleadings - Finalize and revise  draft of proposed Stipulation and Consent Order re potential global settlement with the IRS and the State of New Jersey to allow for sale of Tinton Falls Property. | 1.30 | 552.50 | BC |
| Nov-25-22 | Correspondence Drafted - Follow-up Correspondence with Debtor's counsel and J. McDonnell re potential changes to potential sale/settlement as to the disposition of the estate's legal interest in the Tinton Falls Property and consent order on motion to extend time to object to the Debtor's discharge. | 0.10 | 42.50 | BC |
| Nov-28-22 | Correspondence reviewed - Review Correspondence from C. Beekman re issues related to draft of proposed Stipulation and Consent Order re potential global settlement with the IRS and the State of New Jersey to allow for sale of Tinton Falls Property. | 0.10 | 42.50 | BC |
| Nov-29-22 | Correspondence reviewed - Review Correspondence from E. O'Hagan and C. Beekman re  potential global settlement with the IRS and the State of New Jersey to allow for sale of Tinton Falls Property. | 0.20 | 85.00 | BC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Preparation of Pleadings - Initial review of draft closing statement re sale of Tinton Falls Property. | 0.10 | 42.50 | BC |
|  | Telephone call - Telephone conference call O'Hagan re draft of proposed Stipulation and Consent Order re potential global settlement with the IRS and the State of New Jersey to allow for sale of Tinton Falls Property. | 0.20 | 85.00 | BC |
| Nov-30-22 | Correspondence reviewed - Review Correspondence from E. O'Hagan, V. Hamilton, and C. Beekman re potential global settlement with the IRS and the State of New Jersey to allow for sale of Tinton Falls Property. | 0.20 | 85.00 | BC |
| Dec-16-22 | Correspondence reviewed - Review Correspondence from C. Beekman re issues related to sale of Tinton Falls Property. | 0.10 | 42.50 | BC |
| Dec-20-22 | Communication with - Communication with Trustee re  issues related to sale of Tinton Falls Property. | 0.30 | 127.50 | BC |
| Dec-21-22 | Correspondence reviewed - Review Correspondence from title company re sale of Tinton Falls Property. | 0.10 | 42.50 | BC |
| Dec-22-22 | Correspondence reviewed - Review Correspondence (with attachments) from C. Beekman re potential global settlement with the IRS and the State of New Jersey to allow for sale of Tinton Falls Property. | 0.20 | 85.00 | BC |
| Feb-15-23 | Preparation of Pleadings - Revise Certification of Professional and send to same. | 0.20 | 39.00 | PARA |
| Mar-16-23 | Communication with - Communication with Trustee re issues related to proposed settlement with the IRS and the State of New Jersey. | 0.20 | 85.00 | BC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review of File - Update case file materials and address related matters. | 0.50 | 97.50 | PARA |
| Apr-05-23 | Preparation of Pleadings - Begin draft of Revised Stipulation and Consent Order between the IRS, the Trustee, and NJ re disposition of certain property of the estate; review documents and pleadings in drafting of same. | 1.40 | 595.00 | BC |
|  | Preparation of Pleadings - Review sale/settlement agreement on claims and property. | 0.30 | 139.50 | JM |
| Apr-06-23 | Preparation of Pleadings - Finalize and revise draft of Revised Stipulation and Consent Order between the IRS, the Trustee, and NJ re disposition of certain property of the estate; review documents and pleadings in drafting of same. | 0.80 | 340.00 | BC |
| Apr-10-23 | Correspondence Drafted - Correspondence with V. Hamilton and E. O'Hagan re  issues related to revised proposed stipulation and consent order. | 0.10 | 42.50 | BC |
| Apr-17-23 | Correspondence reviewed - Review correspondence with H. Anderson  and E. O'Hagan re  issues related to  revised proposed stipulation and consent order. | 0.10 | 42.50 | BC |
| Apr-25-23 | Correspondence reviewed - Review Correspondence from V. Hamilton re draft of proposed stipulation and consent order. | 0.10 | 42.50 | BC |
| Apr-26-23 | Correspondence Drafted - Follow-up Correspondence with V. Hamilton and E. O'Hagan re  issues related to draft of proposed stipulation and consent order. | 0.10 | 42.50 | BC |
|  | Preparation of Pleadings - Review and revise proposed stipulation and consent order re | 0.40 | 170.00 | BC |

settlement with IRS and NJ.

| Date | Description | | | |
|------|-------------|------|--------|------|
| May-03-23 | Communication with - Communication with Trustee re status of proposed resolution with State of New Jersey and the IRS. | 0.20 | 85.00 | BC |
| Jun-18-23 | Preparation of Pleadings - Begin draft of application and supporting document  re request for entry of Stipulation and Consent Order between the IRS, the Trustee, and NJ re disposition of certain property of the estate and address issues related to the same. | 0.40 | 170.00 | BC |
| Jun-19-23 | Communication with - Communication with paralegal re revising and filing application and supporting document  re request for entry of Stipulation and Consent Order between the IRS, the Trustee, and NJ re disposition of certain property of the estate. | 0.20 | 85.00 | BC |
| | Preparation of Pleadings - Finalize and revise application and supporting document  re request for entry of Stipulation and Consent Order between the IRS, the Trustee, and NJ re disposition of certain property of the estate and address issues related to the same. | 0.90 | 382.50 | BC |
| | Preparation of Pleadings - Prep Application for Entry of Stipulation and Consent Order; and Certificate of Consent for filing with Court; file same. | 0.40 | 78.00 | PARA |
| Jun-27-23 | Review of File - Review as entered re Stipulation and Consent Order between the IRS, the Trustee, and NJ re disposition of certain property of the estate and address issues related to the same. | 0.10 | 42.50 | BC |
| Jul-05-23 | Correspondence Drafted - Correspondence (with attachments) with K. Knechtel re case closure issues. | 0.10 | 42.50 | BC |
| | Communication with - Communication with paralegal re revising and filing of motion to | 0.20 | 85.00 | BC |

destroy.

| | | | | |
|---|---|---|---|---|
| | Preparation of Pleadings - Draft and revise motion to destroy/abandon the Debtor's books and records. | 0.90 | 382.50 | BC |
| | Telephone call - Follow-up telephone conference call with K. Knechtel re case closure issues. | 0.20 | 85.00 | BC |
| | Preparation of Pleadings - Prep NOM to Destroy for filing with Court; file same and serve all parties. | 0.50 | 97.50 | PARA |
| Jul-06-23 | Other Services - Address case closure issues including review of case file, review and revise first and final fee application and address issues related to the same. | 1.60 | 680.00 | BC |
| | Preparation of Pleadings - Enter BC Time and prepare pre-bill and send same to Bank Charges. | 0.30 | 58.50 | PARA |
| Jul-07-23 | Fee Application Preparation - Prepare, review and revise MC Fee Application for filing with Court. File same and serve all parties. | 3.00 | 585.00 | PARA |
| | Totals | 63.20 | $23,773.00 | |

**Total Fee & Disbursements**                                                    **$23,773.00**

**Balance Now Due**                                                                **$23,773.00**