# Exhibit "C"

# DALY
## Case No. 20-12285 (KCF)

| Out-of-Pocket Disbursements | |
|---|---:|
| Photocopy Expense:<br>648 pages @ $0.20 per page | $129.60 |
| Postage Expense (USPS) | $33.58 |
| Search Expense | $0.00 |
| Filing Fee | $0.00 |
| Travel Expense | $0.00 |
| Telephone Expense | $0.00 |
| Fax Expense 0 pages @ $1.00 per page | $0.00 |
| **TOTAL OUT-OF-POCKET EXPENSES** | **$163.18** |