# Exhibit "D"

**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>MICHAEL G. DALY,<br>                Debtor. | Case No. 20-12285 (KCF)<br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

**CERTIFICATION OF ATTORNEY**

**BRIAN T. CROWLEY**, of full age, hereby certifies as follows:

1.  I am a member of the firm of McDonnell Crowley, LLC, counsel to John M. McDonnell, the chapter 7 trustee (the "Trustee") for Michael G. Daly (the "Debtor"). I submit this certification in connection with the application of this firm for a first and final allowance for services rendered to the Trustee.

2.  In accordance with Title 18 U.S.C. § 155 and the Rules of this Court, neither I nor any member or associate of this firm has entered into any agreement, written or oral, express or implied, with the Debtor, Trustee, creditors or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

3.  In accordance with § 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any member or associate thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the

Court herein, nor will any division of fees prohibited by § 504 of the Bankruptcy Code be made by me, or any partner or associate of this firm.

    I certify that the foregoing statements made by me are true. I am aware that if any statement is willfully false, I am subject to punishment.

                                                */s/ Brian T. Crowley*
                                                BRIAN T. CROWLEY

Dated: July 7, 2023