| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**McDonnell Crowley, LLC**<br>115 Maple Avenue<br>Red Bank, NJ 07701<br>(732) 383-7233<br>bcrowley@mchfirm.com<br>Brian T. Crowley<br>*Counsel to John M. McDonnell,*<br>*Chapter 7 Trustee* | |
| In re:<br><br>MICHAEL G. DALY,<br><br>     Debtor. | Case No. 20-12285(KCF)<br><br>Chapter 7<br><br>Hearing Date: 8/17/23 at 2:30pm<br><br>Honorable Kathryn C. Ferguson |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

               **McDonnell Crowley, LLC**
               *Counsel to John M. McDonnell,*
               *Chapter 7 Trustee*

             By: */s/ Brian T. Crowley*
                BRIAN T. CROWLEY

Dated: July 10, 2023