UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:　　_____

Hearing Date:　_____

Judge:　　　_____

Chapter:　　_____

# ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

APPLICANTS          COMMISSION/FEES          EXPENSES

*rev.8/1/15*